# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3826

_____

Jesus Baez,                                    *
                                               *
              Appellant,                       *
                                               *    Appeal from the United States
     v.                                        *    District Court for the
                                               *    District of Minnesota.
Officer Rosemack; Lee Whitter, PA;             *
Nurse Putter; Dr. Nelson; Joyce                *    [UNPUBLISHED]
Petterson; Nurse Petterson, PA;                *
Michelle Holtan, Nurse;                        *
Dr. Cleghorn, MD; Nurse Cherry;                *
and Warden D. Terrell,                         *
                                               *
              Appellees.                       *

_____

Submitted: June 7, 2012
    Filed:  July 9, 2012
_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

     Jesus Baez appeals the district court's[1] adverse grant of summary judgment in his civil action.  Upon de novo review, see Laughlin v. Schriro, 430 F.3d 927, 928

_____

     [1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.

(8th Cir. 2005), we agree that dismissal was proper for the reasons the district court stated.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____